UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under 29 U.S.C.
§ 216(b),

    Plaintiff,

vs.

MARIO'S CLEANING SERVICES, CORP., et al.,

    Defendants.
_____/

## **ORDER**

    This matter is before the Court on Plaintiff's Motion for Default by the Court as to Defendant Mario's Cleaning Services, Corp. (DE 25) and Plaintiff's Amended Motion for Default by the Court as to Defendant Mario's Cleaning Services, Corp. (DE 26). The initial motion is moot due to Plaintiff's filing of an amended motion. The second motion must be denied because Defendant Mario's Cleaning Services, Corp. has answered the complaint. (DE 18.) Plaintiff moves for default on the ground that Defendant Mario's Cleaning Services, Corp. is not represented and, as a corporation, may not appear *pro se*. Defendant Mario's Cleaning Services, Corp. filed its answer while represented by counsel, however, and its counsel withdrew after the filing of the answer. The lack of counsel at the present time does not invalidate or render null and void the properly filed answer. The lack of counsel only prevents Defendant Mario's Cleaning Services, Corp. from taking any further action going forward to defend the case. Therefore, there is no basis for the entry of a

default.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default by the Court as to Defendant Mario's Cleaning Services, Corp. (DE 25) is **DENIED AS MOOT** and Plaintiff's Amended Motion for Default by the Court as to Defendant Mario's Cleaning Services, Corp. (DE 26) is **DENIED**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of March, 2016.

_____
KENNETH A. MARRA
United States District Judge

---

[1] Furthermore, it is unclear that a motion for the entry of default (as opposed to default judgment) is properly directed to the Court rather than the clerk. The Federal Rules of Civil Procedure provide only for a clerk's entry of default.