UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61059-MARRA/MATTHEWMAN

GRICELDA JANETH RAMOS CARDOZA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
Plaintiff, )
vs. )
)
)
MARIO'S CLEANING SERVICES, CORP., )
MARIO G. MOLINA )
)
)
Defendants. )
_____ )

### AFFIDAVIT OF GRICELDA JANETH RAMOS CARDOZA

STATE OF FLORIDA        )
                        )   S.S.:
COUNTY OF MIAMI-DADE    )

1. My name is Gricelda Janeth Ramos Cardoza; I am over the age of 18; and I have personal knowledge of the matters set forth herein.

2. I worked for Defendants between the dates of on or about September 15, 2014 through on or about May 15, 2015.

3. Between the dates of on or about September 15, 2014 through on or about May 15, 2015 I worked an average of 51 hours a week for Defendant.

4. I was paid an average hourly wage of $10.00 an hour during the period September 15, 2014 through on or about May 15, 2015.

5. Defendants failed to pay me overtime wages for the period September 15, 2014 through on or about May 15, 2015.



PLAINTIFF'S EXHIBIT
A

6. The total amount of overtime wages owed to me for my 34 weeks of employment at a rate of $15.00/hr for 11 hours a week is $5,610.00 and because of that I am owed liquidated damages in the amount of $11,220.00.

7. Defendants never paid me overtime wages during my entire employment period with Defendants.

8. On May 13, 2015, I demanded my unpaid overtime wages from Defendant MARIO G. MOLINA and he said he would pay me.

9. The next day, May 14, 2015, I showed up to work and Defendant told me we did not have an agreement about overtime and that I no longer worked for him.

10. I told Defendant he was firing me because I asked for my overtime and he stated "You can't prove that."

11. Defendant then had the security guard escort me out of the building.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this __8__ day of March, 2016.

_____Gramos_____
**AFFIANT**
**GRICELDA JANETH RAMOS CARDOZA**

The foregoing instrument was sworn to and subscribed before me, on this ____ day of March __8__, 2016, by GRICELDA JANETH RAMOS CARDOZA, who has produced - __DL__ as identification.

NOTARY PUBLIC, State of __FL__

[Notary seal: JOSHUA H. SHESKIN ESQ, MY COMMISSION EXPIRES JUN 03, 2016, #EE204285, NOTARY PUBLIC STATE OF FLORIDA]

## INTERPRETER'S ACKNOWLEDGEMENT

On this __8__ day of __March__, 2016, Mary Waller, personally known to me, affirmed that the foregoing was translated for the affiant and that he fully understood and affirmed the contents of the foregoing.

_____
(SIGNATURE OF INTERPRETER)

Notary Stamp:



_____
(SIGNATURE OF NOTARY)

____ Initials