UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61059-MARRA/Matthewman

GRICELDA JANETH RAMOS CARDOZA, )
*and all others similarly situated under 29* )
*U.S.C. § 216(b)*, )
    )
        Plaintiff, )
    vs. )
    )
MARIO'S CLEANING SERVICES, CORP., )
MARIO G. MOLINA, )
    )
        Defendants. )
_____ )

**PLAINTIFF'S MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**

Plaintiff, by and through the undersigned counsel, hereby files this Motion to Continue Pretrial Deadlines and Trial Date, and states the following in support thereof:

1. On July 30, 2015, a Scheduling Order was entered in this matter setting the Trial Date for July 11, 2016 and a Calendar Call for July 8, 2016. [DE 19]

2. The Scheduling Order requires the Parties to submit Joint Pretrial Stipulations and Motions in Limine fifteen (15) days before the Calendar Call and Jury Instructions and Proposed Findings and Conclusions five (5) days before the Calendar Call.

3. On August 10, 2015, an Order was entered granting Defense Counsel's Motion to Withdraw as Attorney for the Defendants. [DE 22]

4. Due to Defendants proceeding pro se in this matter, it has been difficult to find a means in which to communicate.

5. Plaintiff's counsel has searched the internet for the businesses telephone number to no avail.

6. As such, the only means of communication is by U.S. Mail to the address listed for Defendants on CM/ECF.

7. Due to the foregoing, Plaintiff is requesting an extension of the above deadlines in order to properly exhaust all efforts to complete Pretrial Stipulations, Jury Instructions, and Proposed Findings and Conclusions with the Defendants.

## MEMORANDUM OF LAW

"District courts are required to "enter a scheduling order that limits the time to ... join other parties and to amend the pleadings ..." *Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (*quoting* Fed.R.Civ.P. 16(b)). Such orders "control the subsequent course of the action unless modified by a subsequent order," Fed.R.Civ.P. 16(e), and may be modified only "upon a showing of good cause." Fed.R.Civ.P. 16(b). *Id*. This good cause standard precludes modification unless the schedule cannot "be met despite the diligence of the party seeking the extension."" *Id* (*referring to* Fed.R.Civ.P. 16 advisory committee's note and *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir.1992).

In this case, Defendants are proceeding pro se and Plaintiff does not have a means of communication other than by U.S. Mail. Plaintiff is unable to find a telephone number for the Defendants. Plaintiff wishes to be given the opportunity to properly exhaust all efforts to confer with the Defendants in order to prepare the Joint Pretrial Stipulations, Jury Instructions, and Proposed Findings and Conclusions. Plaintiff is making this request in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order continuing the above Pre-trial Deadlines and Trial date until further order of the Court.

Respectfully submitted,

        J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Allyson Morgado_____
   Allyson Morgado, Esquire
   Florida Bar No.: 91506

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served U.S. Mail on June 20, 2016, on all counsel or parties of record on the Service List below.

.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ Allyson Morgado_____
Allyson Morgado, Esq.
Florida Bar No.: 91506

## SERVICE LIST

Mario's Cleaning Services, Corp.
1617 NW 58th Avenue
Margate, FL 33063
PRO SE

Mario G. Molina
c/o Mario's Cleaning Service
1617 NW 58th Avenue
Margate, FL 33063
PRO SE