UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under 29 U.S.C.
§ 216(b),

    Plaintiff,

vs.

MARIO'S CLEANING SERVICES, CORP., et al.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on Plaintiff's Motion to Continue Pretrial Deadlines and Trial Date (DE 34). It is hereby **ORDERED AND ADJUDGED** that the motion (DE 34) is **GRANTED IN PART**. The calendar call in this case is **RESET** for **July 22, 2016**. The trial in this case is **RESET** for the two-week trial period commencing **July 25, 2016**. The pretrial deadlines remain the same relative to the new calendar call date.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of June, 2016.

                                              KENNETH A. MARRA
                                              United States District Judge