AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA – PALM BEACH DIVISION

GRICELDA JANETH RAMOS CARDOZA, *and all others similarly situated under 29 U.S.C. § 216(b)*,

        Plaintiff,

vs.

MARIO'S CLEANING SERVICES, CORP.,
MARIO G. MOLINA,

        Defendants.

**PLAINTIFF'S EXHIBIT LIST**

CASE NO.: 15-CV-61059-MARRA/MATTHEWMAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable JUDGE MARRA | J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Pro Se |

| TRIAL DATE(S) | | |
|---|---|---|
| July 25, 2016 | | |

| PLF. NO | Defendants Objections | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|
| 1 | | | | Monthly Schedules Produced During Discovery |
|   | | | | Monthly Notices of Hours and Pay Produced During Discovery |
| 2 | | | | Monthly Pay Records/Check Records Produced During Discovery |
| 4 | | | | Any and all documents and/or transcript used for impeachment and/or rebuttal purposes |
| 5 | | | | Any and all documents introduced by Defendant and/or included in Defendant's exhibit list |

---

Cardoza v. Mario's Cleaning Exhibit List

1