AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – PALM BEACH DIVISION

| | |
|---|---|
| GRICELDA JANETH RAMOS CARDOZA, *and all others similarly situated under 29 U.S.C. § 216(b)*,<br><br>        Plaintiff,<br>    vs.<br><br>MARIO'S CLEANING SERVICES, CORP.,<br>MARIO G. MOLINA,<br><br>        Defendants. | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 15-CV-61509-MARRA/MATTHEWMAN |

| PRESIDING JUDGE<br> Honorable<br>JUDGE MARRA | PLAINTIFF'S ATTORNEY<br>J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Pro Se |
| TRIAL DATE(S)<br>July 25, 2016 | | |

| PLF.<br>NO | Defendants<br>Objections | Admissible<br>Witness | Witness<br>Number | ''<br>Witnesses and Defendants' Objections |
|---|---|---|---|---|
| 1 | | | | Jorge Arce 20330 Franjo Rd. Miami, FL, 33189 |
| | | | | Brenda Ramos 1835 NE 174th Street N. Miami Beach, FL, 33162 |
| 2 | | | | Valery Vargas 490 NE 174th St. N. Miami Beach, FL, 33162 |
| 4 | | | | Avacely Ramirez 2456 NW 93rd Terrace, Miami, FL, 33147 |
| 5 | | | | Fabiola Roman 1523 NE 174th St. N. Miami Beach, FL, 33162 |
| 6 | | | | Mario Diaz 706 NE 193rd Terrace, Miami, FL, 33179 |

1