UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61059-MARRA/Matthewman

GRICELDA JANETH RAMOS CARDOZA, )
*and all others similarly situated under 29* )
*U.S.C. § 216(b)*, )
                                      Plaintiff, )
   vs. )
                                 )
MARIO'S CLEANING SERVICES, CORP., )
MARIO G. MOLINA, )
                               )
                         Defendants. )
_____ )

## **PLAINTIFF'S SECOND STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff worked for Mario's Cleaning Service from on or about September 15, 2014 to, on, or about May 14, 2015. Second Request for Admissions, Number 1. (Exhibit A)

2. Plaintiff worked an average of 51 hours per-week. Second Request for Admissions, Number 2. (Exhibit A)

3. Plaintiff was pad ten dollars an hour. Second Request for Admissions, Number 3. (Exhibit A)

4. Plaintiff was granted summary judgment as to liability on her overtime claim. DE 33

5. Defendants willfully violated the law, and intentionally did not pay overtime to Plaintiff, as it was their business practice, during the entire time of Plaintiff's employment, not to comply with overtime laws. First Request for Admissions, Numbers 7 & 8 (DE 29-1 p. 4 & 5)

6. Without including liquidated damages, Plaintiff is entitled to $1,870 in damages plus reasonable attorneys' fees and costs. (34 Weeks x 11hrs/wk x $5hr. = $1,870).

7. Including liquidated damages plaintiff is owed $3,740 ($1,870 x 2) in damages, plus costs and reasonable attorneys' fees.

8. On May 13, 2015, Plaintiff requested her overtime hours that were owed to her and not paid. Second Request for Admissions, Number 4. (Exhibit A)

9. On May 13, 2015, Individual Defendant Mario G. Molina promised to pay Plaintiff overtime wages owed to Plaintiff. Second Request for Admissions, Number 5. (Exhibit A)

10. On May 14, 2015, Defendants terminated Plaintiff for asking for overtime wages owed to her. Second Request for Admissions, Numbers 6 & 7. (Exhibit A)

11. The only reason Defendants terminated Plaintiff from her employment was because she demanded overtime wages owed to her. Second Request for Admissions, Number 8. (Exhibit A).

12. Plaintiff was unemployed for five months as a result of the retaliatory discharge, despite putting forth diligent efforts to obtain alternative employment. "Exhibit B" Affidavit of Gricelda Janeth Ramos Cardoza, Paragraphs 12 & 13 (Overtime Damages in affidavit were calculated incorrectly).

13. Plaintiff suffered emotional distress as a result of not being employed, including lost sleep, and having to seek medical attention for migraines, and take medication for migraines due to her discharge from Defendants' employ. "Exhibit B" Affidavit of Gricelda Janeth Ramos Cardoza, Paragraphs 15 & 16.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    300 71st Street, Suite 605

Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, I electronically filed the above with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

SERVICE LIST

NO NEW COUNSEL HAS APPEARED

(Via U.S. Mail)
Mario G. Molina

3

1617 NW 58TH Ave  
Margate FL, 33063  
Pro Se