UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA, )
*and all others similarly situated under 29* )
*U.S.C. § 216(b)*, )
)
        Plaintiff, )
vs. )
)
MARIO'S CLEANING SERVICES, CORP., )
MARIO G. MOLINA, )
)
        Defendants. )
_____)

### **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DE47]**

COMES NOW the Plaintiff, by and through the undersigned, and files this response to the Court's Order to Show Cause [DE47] and in support thereof states as follows:

1. On August 10, 2015, the Court granted prior defense counsel's Motion to Withdraw. [DE22].

2. To date, no new counsel has appeared for Defendants. Further, the individual Defendant MARIO G. MOLINA has failed to file an affidavit with the Court stating his intention to proceed *pro se*. Further, as a corporate entity, Defendant MARIO'S CLEANING SERVICES, CORP., is prohibited from proceeding *pro se. See, Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985); *See also, Sierra, et al. v. Wind Resistant Concrete System Corp., et al.,* Case No.: 14-24355-CIV-Otazo-Reyes [DE147].

3. On October 25, 2016, Plaintiff filed his Second Motion for Summary Judgment [DE44] which remains pending.

4. Per Local Rule 7.1(c), "For all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **<u>Failure to do so may be deemed sufficient cause for granting the motion by default.</u>**" [emphasis added]. In excess of six (6) months have passed and Defendants have failed to file a timely response in opposition. As such, this Court should grant Plaintiff's Second Motion for Summary Judgment [DE44] in Plaintiff's favor by default. Further, as Defendants have failed to timely respond, this Court should accept Plaintiff's uncontroverted statement of facts as undisputed. *See also,* Fed. R. Civ. P. 56(e)(2).

5. Plaintiff respectfully requests the Court grant Plaintiff's Second Motion for Summary Judgment [DE44] in Plaintiff's favor against Defendants, jointly and severally, and grant Plaintiff and enlargement of time to file one Motion regarding fees and costs, including future fees and costs, at the conclusion of collection.

WHEREFORE THE PLAINTIFF SO RESPONDS.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 5/2/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
   **RIVKAH JAFF, ESQ.**