UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under 29 U.S.C.
§ 216(b),

    Plaintiff,

vs.

MARIO'S CLEANING SERVICES, CORP., et al.,

    Defendants.
_____/

## SECOND NOTICE OF SUMMARY JUDGMENT

This matter is before the Court on Plaintiff's Second Motion for Summary Judgment (DE 44), concerning the retaliation count of the Complaint and entitlement to compensatory and liquidated damages for each claim. The Court hereby gives notice to Defendants[1] of the following:

Defendants may wish to consult Federal Rule of Civil Procedure 56, Southern District of Florida Local Rule 56.1, and *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986). Federal Rule of Civil Procedure 56(a) provides that summary judgment shall be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). In response to a motion for summary judgment, a party must "go beyond the pleadings and by its own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' designate 'specific facts showing that there is a genuine issue for trial.'"

---

[1] The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Because Defendant MARIO'S CLEANING SERVICES, CORP., is an artificial entity, it cannot appear *pro se* and must be represented by counsel.

*Celotex*, 477 U.S. at 324. In other words, in order to overcome a motion for summary judgment, a party must show there is a genuine issue for trial using affidavits, depositions, answers to interrogatories, and/or admissions on file. Additionally, Local Rule 56.1 requires that opposing parties submit a concise statement of material fact which reflects there is a genuine issue to be tried.

Accordingly, Defendants shall file the following items with this Court by **August 21, 2017**: (1) a memorandum of law in opposition to the motion; (2) necessary sworn affidavits and other material in opposition to the motion; and (3) a concise statement of material fact which contends there is a genuine issue to be tried. If Defendants fail to submit the necessary sworn affidavits or the concise statement of material fact, this Court will accept all supported material facts set forth in the motion as true in accordance with Local Rule 56.1(b). If this Court grants the motion for summary judgment, summary judgment as to the issues raised in the motion shall be entered against Defendants without a full trial.

If Defendants do file a response, Plaintiff may file a reply thereto consistent with the Local and Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of July, 2017.

_____
KENNETH A. MARRA
United States District Judge