UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA,　)
*and all others similarly situated under 29*　)
*U.S.C. § 216(b)*,　)
　)
　　　　　Plaintiff,　)
　vs.　)
　)
MARIO'S CLEANING SERVICES, CORP.,　)
MARIO G. MOLINA,　)
　)
　　　　　Defendants.　)
_____)

## PLAINTIFF'S NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH THE COURT'S ORDER [DE49]

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and files the above-styled Notice of Defendants' Non-Compliance with the Court's Order [DE49] and in support thereof states as follows:

1. Per the Court's Second Notice of Summary Judgment [DE49], Defendants were Ordered to "file the following items with this Court by **August 21, 2017**: (1) a memorandum of law in opposition to the motion; (2) necessary sworn affidavits and other material in opposition to the motion; and (3) a concise statement of material fact which contends there is a genuine issue to be tried. If Defendants fail to submit the necessary sworn affidavits or the concise statement of material fact, this Court will accept all supported material facts set forth in the motion as true in accordance with Local Rule 56.1(b). If this Court grants the motion for summary judgment, summary judgment as to the issues raised in the motion shall be entered against Defendants without a full trial."

2. As per Plaintiff's Response to the Order to Show Cause [DE47], as of August 22, 2017, Defendants have failed to comply with the Court's Order [DE49] and have not moved for an enlargement of time for same.

3. On August 10, 2015, the Court granted prior defense counsel's Motion to Withdraw. [DE22].

4. To date, no new counsel has appeared for Defendants. Further, the individual Defendant MARIO G. MOLINA has failed to file an affidavit with the Court stating his intention to proceed *pro se*. Further, as a corporate entity, Defendant MARIO'S CLEANING SERVICES, CORP., is prohibited from proceeding *pro se. See, Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985); *See also, Sierra, et al. v. Wind Resistant Concrete System Corp., et al.,* Case No.: 14-24355-CIV-Otazo-Reyes [DE147].

5. On October 25, 2016, Plaintiff filed his Second Motion for Summary Judgment [DE44] which remains pending.

6. Per Local Rule 7.1(c), "For all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default.**" [emphasis added]. In excess of six (6) months have passed and Defendants have failed to file a timely response in opposition. As such, this Court should grant Plaintiff's Second Motion for Summary Judgment [DE44] in Plaintiff's favor by default. Further, as Defendants have failed to timely respond, this Court should accept Plaintiff's uncontroverted statement of facts as undisputed. *See also,* Fed. R. Civ. P. 56(e)(2).

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THE COURT GRANT PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT [DE44] IN PLAINTIFF'S FAVOR AGAINST DEFENDANTS, JOINTLY AND SEVERALLY, AND GRANT PLAINTIFF AND ENLARGEMENT OF TIME TO FILE ONE MOTION REGARDING FEES AND COSTS, INCLUDING FUTURE FEES AND COSTS, AT THE CONCLUSION OF COLLECTION.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/22/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___Rivkah Jaff_____
       RIVKAH JAFF, ESQ.**