UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61059-CIV-MARRA

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under
29 U.S.C. § 216(b),

    Plaintiff,

v.

MARIO'S CLEANING SERVICES, CORP.,
MARIO G. MOLINA,

    Defendants.
_____/

## FINAL JUDGMENT

This cause is before the Court upon the granting, by separate order, of Plaintiff's Second Motion for Summary Judgment against Defendants. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants on all counts. Plaintiff shall recover from Defendants the amount of $17,540.00, plus post-judgment interest at the rate of 1.31% per annum, for which let execution issue.

The Clerk shall **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of October, 2017.

_____
KENNETH A. MARRA
United States District Judge