UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-61059-MARRA

FILED BY _____ D.C.

OCT 20 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

GRICELDA JANETH RAMOS CARDOZA, )
*and all others similarly situated under 29* )
*U.S.C. § 216(b),* )
)
        Plaintiff, )
vs. )
)
MARIO'S CLEANING SERVICES, CORP., )
MARIO G. MOLINA, )
)
        Defendants. )
_____ )

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Branch Banking And Trust Company, C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiff's Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants Mario's Cleaning Services, Corp., and Mario G. Molina, (**Including Bank Account number ending in:  9766  or any other bank accounts in either or both Defendants names**) who upon information and belief, maintains a bank account with Branch Banking And Trust Company, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **Mario's Cleaning Services, Corp., and Mario G. Molina** the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendants or who may be in possession or control of any of the property of the Defendants such as Certificate of deposits, bonds or money market accounts.  The amount set in Plaintiff's motion is for **$17,540.00.**

Dated on *October 20*, 2017.

As Clerk of the Court

**STEVEN M. LARIMORE**
Name of Clerk

By: _____
as Deputy Clerk