UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-61059-MARRA

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under 29
U.S.C § 216(b),

    Plaintiff

vs.

MARIO'S CLEANING SERVICES, CORP.,
MARIO G. MOLINA,

    Defendants,

And

BRANCH BANKING AND TRUST COMPANY,

    Garnishee.
_____/

## ANSWER TO WRIT OF GARNISHMENT

COMES NOW, GARNISHEE, BRANCH BANKING AND TRUST COMPANY (BB&T), by and through its undersigned counsel and files its answer to Plaintiff's Writ of Garnishment and states as follows:

1. Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendant(s), at the time of service of the Writ of Garnishment served upon the Garnishee and at the time of its answer and at all times between service and its answer except for the following:

| ACCOUNT TYPE AND NUMBER | NAME AND ADDRESS | AMOUNT IN ACCT. |
|---|---|---|
| Checking Account #xxxx9766 | Marios Cleaning Services Corp 1617 NW 58th Ave Margate, FL 33063-2807 | $4,969.35 |
| Checking Account #xxxx9774 | Marios Cleaning Services Corp 1617 NW 58th Ave Margate, FL 33063-2807 | $55.96 |
| Checking Account #xxxx5250 | Mario Molina 1617 NW 58th Ave Margate, FL 33063-2807 | $90.27 |
| Savings Account #xxxx5308 | Mario G. Molina 1617 NW 58th Ave Margate, FL 33063-2807 | $44.80 |

2.      The Garnishee has no obligation to make, and has not made, a factual determination whether the property, if any, of the Defendant(s) in it possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

3.      Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory allowance from the Plaintiff payable to BRANCH BANKING AND TRUST COMPANY, as compensation to be applied towards Garnishee's reasonable attorney's fee.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/EMF and/or U.S. Mail this 30th day of October, 2017 to: **J.H. Zidell, Esquire**, 300 71st Street, #605, Miami Beach, FL 33141.

GRAYROBINSON, P.A.
401 E. Jackson Street (33602)
Suite 2700
P.O. Box 3324
Tampa, Florida 33601-3324
(813) 273-5000 phone
(813) 273-5145 fax
*Attorneys for Garnishee*

*/s/ Alissa M. Ellison*
David S. Hendrix, Esquire
Florida Bar No. 827053
Alissa M. Ellison, Esquire
Florida Bar No.  15992
**Designated email addresses for pleadings**
hendrix.litigation@gray-robinson.com
alissa.ellison@gray-robinson.com
Fiona.johnson@gray-robinson.com