UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GRICELDA JANETH RAMOS CARDOZA,

      Plaintiff,   ) CASE NO. **15-61059-CIV-MARRA**
             )
vs.           )
             )
MARIO G MOLINA, ET.AL.   )
      Defendant(s).  )
             )

FILED BY _____ D.C.
NOV - 1 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, **Mario Molina** through his/her undersigned attorney, and would show the Court:

1. He/She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the **Southern District of Florida**, which bears the case number 17-23026-JKO

2. Relief was ordered on **10/27/2017.**

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

**WHEREFORE**, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

## CERTIFICATE OF SERVICE

**IT IS HERBY CERTIFIED** that a copy of the foregoing Suggestion of Bankruptcy was delivered to J.H. Zidell, Esq. via Email ntobak.zidellpa@gmail.com this 31st day of October, 2017.

_/s/ Daniel Katz_
**Daniel Katz 93594**
*Attorney for Defendant*
**STIBERMAN LAW, P.A.**
2601 Hollywood Blvd
Hollywood, FL 33020
Primary Email: dk.pleadings@stibermanlaw.com
Secondary E-mail: pleadings@stibermanlaw.com

United States Bankruptcy Court
Southern District of Florida

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/27/2017 at 5:31 PM and filed on 10/27/2017.

**Mario Molina**
1617 NW 58 Ave
Pompano Beach, FL 33063
SSN / ITIN: xxx-xx-5588



The case was filed by the debtor's attorney:

**Robert A Stiberman, Esq.**
2601 Hollywood Blvd
Hollywood, FL 33020
954-239-7464

The bankruptcy trustee is:

**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

The case was assigned case number 17-23026-JKO to Judge John K Olson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joseph Falzone
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/01/2017 14:00:34 | | |
| **PACER Login:** | st4819:3539297:0 | **Client Code:** |

| Description: | Notice of Filing | Search Criteria: | 17-23026-JKO |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |