UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61059-CV- MARRA/MATTHEWMAN

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under 29
U.S.C. § 216(b),

      Plaintiff,

v.

MARIO'S CLEANING SERVICES, CORP.,
MARIO G. MOLINA,

      Defendants,

_____/



FILED by ____ D.C.

JAN 0 2 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION DUCES TECUM OF 30(b)(6) CORPORATE REPRESENTATIVE OF CORPORATE DEFENDANT

**THIS CAUSE** is before the Court upon Plaintiff, Gricelda Cardoza's ("Plaintiff") Motion to Compel Deposition of in aid of execution *duces tecum* of 30(b)(6) corporate representative of Corporate Defendant and for fees and costs. [DE 66]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 67. Defendant has not filed a response.[1] On November 14, 2017, the Court entered an order [DE 63] staying this case as to the individual Defendant, Mario G. Molina, due to his suggestion of

---

1 Defendant is not represented by counsel in this matter. On August 10, 2015, by written Order, the Court permitted defense counsel to withdraw but cautioned Defendant that it could not represent itself, stating: "'[T]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.' Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, the artificial-entity Defendant cannot defend this action until it is represented by counsel." To date, Defendant has not retained new counsel. Further, Defendant has failed to respond to Plaintiff's pending motion.

bankruptcy. [DE 62]. However, there is no stay as to the Corporate Defendant, Mario's Cleaning Services, Corp, and Plaintiff may proceed against the Corporate Defendant as necessary. Plaintiff has previously served and noticed Defendant with a subpoena for deposition in aid of execution *duces tecum* to occur on November 17, 2017 and hired a court reporter to be in attendance for said deposition. *See* DE 66-1. Defendant failed to appear at the deposition. *See* 66-2.

Plaintiff's Motion to Compel Deposition of in aid of execution duces tecum of 30(b)(6) corporate representative of Corporate Defendant and for fees and costs [DE 66] is **GRANTED**. The deposition of the 30(b)(6) Corporate Representative of the Corporate Defendant, Mario's Cleaning Services, Corp. ("Defendant"), shall appear for deposition at Plaintiff's counsel's office, located at 300 71st Street, Suite 605, Miami Beach, Florida, 33141, within twenty (20) days of this Order. Plaintiff shall promptly notice Defendant of the deposition in compliance with the local and federal rules. The Corporate Representative is ordered to bring all responsive documents to the deposition as per the subpoena served on the same.

Plaintiff's Motion for fees and costs is **GRANTED,** pursuant to Southern District of Florida Local Rule 7.3, to the extent that Plaintiff seeks an award of fees and costs for Defendant's failure to appear at the previously scheduled and noticed deposition. Fees and costs in relation to the filing of the instant motion [DE 66], the service of the subpoena, and the court reporter shall be awarded to Plaintiff. Plaintiff shall file an affidavit of costs on or before January 17, 2018. Defendant shall have until on or before January 24, 2018 to file a response or objection to the hourly rate claimed by Plaintiff's counsel and the number of hours incurred by counsel which relate to filing the instant motion. Thereafter, Plaintiff shall have until on or before January 31, 2018 to file any reply to Defendant's response. The Court will then enter a separate

order determining the amount of attorney's fees and costs that shall be paid by Defendant to Plaintiff.

      **DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of January, 2018.

                                        WILLIAM MATTHEWMAN
                                        UNITED STATES MAGISTRATE JUDGE