FILED by _____ D.C.

JAN 2 4 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

15-61059 CV KAM

Mario Molina

1617 NW 58th Ave

Margate, FL 33063

CASE:  Ramos – Cardoza V. Mario's Cleaning Services, Corp. et al

Dear Sir, William Mathewman, United States Magistrate Judge & District Judge Kenneth A. Marra.

01/22/2018

      Sir I respectfully would like to answer for the above case as requested on submission of the above mention case on January 02, 2018. Mrs. Ramos Cardoza worked for me on May of 2014 as a sub-contacted laborer, for a temporary contract that Mario's Cleaning Services Corp had acquired from Regalia, to provide cleaning services to model units. Mrs. Ramos – Cardoza would clean two model units per day, these units had never been lived in, since they wore new constructed units and only used to show potential buyers, thereby, they were relatively clean and simply require light dusting, sweeping, mopping, and vacuuming of area rugs. Mrs. Ramos – Cardoza would work 7 to 7.5 hours a day for 5 days a week and pay was starting at $8.50 per hour and increased to $10.00 dollars per hour. Pay was provided for the hours worked and in agreement with Mrs. Ramos – Cardoza, which she never complained of not being paid, underpaid or paid inaccurately. However, the owners and management of Regalia complained that Mrs. Ramos -Cardoza was not in the units as requested cleaning them several days a week and placed a formal complain to Mario's Cleaning Services Corp, for which, the account was lost, and when I called Mrs. Ramos-Cardoza, she no longer answers my calls and did not show up to work, until the following day. I had no choice but to terminate Mrs. Ramos – Cardoza's employment and Regalia terminated my services altogether. Thereby, I no longer had

employment for the organizations and its contractors. Mario's Cleaning Services did not unjustly terminate Mrs. Ramos – Cardoza, nor avoid paying her for her services, in the contrary, Mrs. Ramos – Cardoza was well compensated and abused her position by not being supervised and only until the contract for Mario's Cleaning Services wore terminated due to the inability to keep the model units clean, the company realized that Mrs. Ramos – Cardoza was not working most of the time, but was being well compensated for hours she submitted and approved of to be paid for. Mario's Cleaning Services Corp lost Regalia's contract, which provided a bulk of the earnings, which in turn caused the company to lose profit and make the decision to close. Mario's Cleaning Services closed the organization on December 2017, and being that Mario's Cleaning Services is a small organization that annually made approximately $250,000 and Mrs. Ramos – Cardoza suit the organization alleging that the company made over $500,000 annually and that had interstate dealings, in addition to not receiving overtime wages. I am submitting all the checks Mrs. Ramos – Cardoza received in pay, which proved she was well compensated and she agreed, until the account was lost. Thereafter, she retaliated and threatened with a lawsuit. I did not proceed with the case because I did not meet the $500,000 thousand annual earnings, I paid Mrs. Ramos – Cardoza to the full extent of her contract term and I unfortunately being a small company did not have the funds to afford a lawyer to litigate the suite. Furthermore, I have cooperated since the beginning in providing all the documents Mrs. Ramos – Cardoza's lawyers requested to prove that the claim was incorrect, I provided tax returns for years 2013-2016 for which the company never came close to making over $250,000 thousand annually, as well as bank statements that provided all the deposits and withdrawals for that time period and proved the company earnings did not reach $500,000 annually or that the organization was not paying Mrs. Ramos – Cardoza appropriate and complete wages. Thereby, I do not agree with paying

Mrs. Ramos – Cardoza's legal fees, court fees, or for additional wages. I did not have any malice against Mrs. Ramos – Cardoza and paid her in good faith, I also feel that her legal team has been relentless in suing me even though there were no prove for the allege case, which simply caused me harm. I now have a bankruptcy (Chapter 13) and owe the IRS over $75,000 thousand dollars. I ask that the court reconsiders, I have a responsibility to the IRS for back taxes for which I owe and intent to pay and I personally feel I do not owe Mrs. Ramos – Cardoza, nor her legal team for pursuing a lawsuit without prove or proper grounds, but simply to pursue improper gains from Mario's Cleaning Services Corp, for which they have succeeded. Please Sir Mathewman, Magistrate Judge & District Judge Kenneth A. Marra, hear and consider my plea, I have been suite unfairly and it has cause me loss and grief, for which now I'm still trying to recover. The IRS has requested I provided all end results of the case, because they want to collect the funds from bank, which are still on hold until the case is finalized. I thank you for your considerations forehand.

Sincerely,

Mario Molina
Mario's Cleaning Services Corp
Former Owner

## United States District Court
## Southern District of Florida

Case Number: 15-6|059 Cu KAM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

Documents Retained in Supplemental Case Files (Scanned or Not Scanned)

Civil Case Documents
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- ✗ • Poor quality scanned images
- \_\_\_ • Photographs
- \_\_\_ • CD, DVD, VHS tapes, cassette tapes
- \_\_\_ • Surety bonds
- \_\_\_ • Exhibits that cannot be scanned (e.g., objects)
- \_\_\_ • Bound extradition papers
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

Criminal Case Documents
- \_\_\_ • Handwritten documents/pleadings (i.e., pro se)
- \_\_\_ • Poor quality scanned images
- \_\_\_ • Photographs
- \_\_\_ • CD, DVD, VHS Tape, Cassette Tapes
- \_\_\_ • Bond documentation
- \_\_\_ • Exhibits that cannot be scanned (e.g., objects)
- \_\_\_ • Indictments
- \_\_\_ • Arrest warrants
- \_\_\_ • Jury verdict
- \_\_\_ • Jury notes (unredacted)
- \_\_\_ • Jury selection materials (seating charts, challenges, etc.)

Date: _____

Revised: 8/20/2012

**COVER LETTER**

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Mario's Cleaning Services, Corp.
_____

**DOCUMENT NUMBER:** P04000049471
_____

The enclosed Articles of Dissolution and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Mario Molina
_____
(Name of Contact Person)

Mario's Cleaning Services, Corp.
_____
(Firm/Company)

1617 NW 58th Avenue
_____
(Address)

Margate, FL 33063
_____
(City/State and Zip Code)

For further information concerning this matter, please call:

Mario Molina
_____ at ( 754 ) 423-6728
(Name of Contact Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $35 Filing Fee   ☐ $43.75 Filing Fee &   ☐ $43.75 Filing Fee &   ☐ $52.50 Filing Fee,
              Certificate of Status     Certified Copy     Certificate of Status &
                                (Additional copy is     Certified Copy
                                enclosed)     (Additional copy is
                                                enclosed)

**MAILING ADDRESS:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1401, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

**FIRST:** The name of the corporation as currently filed with the Florida Department of State:

Mario's Cleaning Services, Corp.

**SECOND:** The document number of the corporation (if known): P14000049471

**THIRD:** The file date of the articles of incorporation: _____

**FOURTH:** (CHECK AT LEAST ONE BOX)

☑ None of the corporation's shares have been issued.

☐ The corporation has not commenced business.

**FIFTH:** No debt of the corporation remains unpaid.

**SIXTH:** The net assets of the corporation remaining after winding up have been distributed to the shareholders, if shares were issued.

**SEVENTH:** Adoption of Dissolution (CHECK ONE)

■ A majority of the incorporators authorized the dissolution.

☐ A majority of the directors authorized the dissolution.

Signature: _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary.)

Mario Molina
_____
(Typed or printed name of person signing)

_____
(Title of Person Signing)

Filing Fee: $35

**Re: Retention of Stiberman Law, P.A. in connection with Representation in Bankruptcy Matter**

Dear Client:

We are very pleased that you have asked us ("Stiberman Law, P.A." or "the Firm") to represent you ("You" or the "Client"). This letter and the Standard Bankruptcy Addendum ("Addendum") which is attached hereto and incorporated herein by reference constitutes the entire agreement between Client and the Firm, describes the terms of our relationship, and sets forth the general terms of our assistance to you in connection with the above referenced matter. This letter and the Addendum shall control all obligations set forth herein except as may be subsequently agreed upon in writing.

Based on the information provided by Client during the initial consultation the Firm will agree to represent Client in connection with a **Chapter  13  Bankruptcy** for a nonrefundable fee of:

$   3,500   **("the Fee")**, not including costs and court filing fees.

For your convenience we can arrange a mutually satisfactory payment plan in connection with the Fee. In the event we agree to a Payment Plan/Fee Schedule, the terms of this letter and Addendum will also apply to said Payment Plan/Fee Schedule. As we have communicated to You, notwithstanding any Payment Plan/Fee Schedule, the Firm must be in receipt of $   500   plus applicable filing fees and costs prior to filing your Bankruptcy Petition. As the Firm has explained to You, in addition to paying the required fees and costs, You must comply with all pre and post filing Bankruptcy obligations.

We will endeavor to serve the Client effectively and strive to represent its interests vigorously and efficiently. Any expressions on our part concerning the outcome of your legal matters are expressions of our opinions, but are not guarantees.

For us to provide these services most effectively, we require You to timely respond to our requests and to cooperate with us in all matters. If required, which we will advise you, be available to attend meetings, conferences, and hearings as appropriate.

Please review this letter and the Addendum in its entirety. If you have any questions or concerns regarding the foregoing terms and conditions, or the terms of the Addendum, do not hesitate to contact me. **Please acknowledge your understanding and approval of all the terms and conditions contained in this letter and Addendum by signing and returning a copy of this letter to the undersigned together with your payment in the amount of $   500   ("Initial Retainer").** We will commence working on your matter upon receipt of the executed copy of this letter and your Initial Retainer.

(Signatures on the following page)

Thank you for allowing us to be of service. We look forward to represent You.

**Very truly yours,**
**STIBERMAN LAW, P.A.**



By:...........................................

All the terms and conditions contained in this letter and the Addendum have been **REVIEWED, ACKNOWLEDGED AND AGREED** by Client on the date below. Client further acknowledges that Client has received a copy of this Letter and Addendum, the Notices listed below, and the Bankruptcy Questionnaire and List of Required Documents.

**CLIENT**                                    **CLIENT (If applicable)**

By:.............................................         By:....................................

Dated: 10/27/2017

**IRS** Small Business and Self-Employed
7850 SW 6th Court
Plantation FL 33324

Joseph G. Mott, Jr.
1859 Banks Road
Margate FL 33063

09/07/2016

**Taxpayer name:**
MARIO MOLINA

**Form number:**
1040

December 31, 2015

**Person to contact / ID number:**
Wilmide Holder

**Contact telephone number:**
954-991-4198

877-718-6009

Dear Joseph G. Mott, Jr.:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Wilmide Holder
Group Manager

Enclosures:
☒ Letter(s)  Letter 950
☒ Report(s) Form 4549 and related lead sheets
☐ Copy of Determination Letter
☒ Other  Bank Statement Analysis for 2014 & 2015

Letter 937 (Rev. 9-2016)
Catalog Number 30760X

| (Rev. March 2013) | (Unagreed and Excepted Agreed) | | | Page 1 of 2 |
|---|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| MARIO MOLINA<br>PO BOX 396<br>HALLANDALE  FL  33008-0396 | 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 | 1040 |

| | Person with whom examination changes were discussed | Name and Title:<br>MARIO MOLINA |
|---|---|---|

| | | | |
|---|---|---|---|
| a. Sch C1 - Other Expenses | 12,202.00 | | |
| b. Sch C1 - Interest - Other | 4,000.00 | | |
| c. Sch C1 - Insurance (Other Than Health) | 4,696.00 | (5,770.00) | |
| d. Sch C1 - Depreciation and Sec. 179 Expense | 1,440.00 | 6,000.00 | |
| e. Sch C1 - Supplies | 14,000.00 | 2,449.00 | |
| f. Sch C1 - Contract Labor | 77,938.00 | 51,819.00 | |
| g. Sch C1 - Car and Truck Expenses | 28,882.00 | 3,182.00 | |
| h. Sch C1 - Gross Receipts or Sales | 4,347.00 | 33,125.00 | |
| i. SE AGI Adjustment | (6,313.00) | (6,825.00) | |
| j. Itemized Deductions | | 1,000.00 | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 115,560.00 | 90,785.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | 17,375.00 | (5,013.00) | |
| 4. Corrected Taxable Income | 132,935.00 | 85,772.00 | |
| Tax Method | TAX RATE | TAX TABLE | |
| Filing Status | Single | Single | |
| 5. Tax | | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 30,398.00 | 17,238.00 | |
| 8. Less   a. Education Credit | 0.00 | | |
| Credits   b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a through 8d) | 30,398.00 | 17,238.00 | |
| 10. Plus   a. Self-Employment Tax | 18,976.00 | 15,887.00 | |
| Other   b. | | | |
| Taxes   c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 49,374.00 | 33,125.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 7,739.00 | 2,237.00 | |
| 13. Adjustments to: a. the Attached | (500.00) | | |
| b. Earned Income Credit | | (656.00) | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 42,144.00 | 31,544.00 | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(excluding interest and penalties) | 42,144.00 | 31,544.00 | |

| Catalog Number 23110T | www.irs.gov | Form 4549-A (Rev. 3-2013) |
|---|---|---|

| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** (Unagreed and Excepted Agreed) | | Page 2 of |
|---|---|---|---|

| ame of Taxpayer ARIO MOLINA | Taxpayer Identification Number 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 | Return Form No.: 1040 |
|---|---|---|

| **17. Penalties/ Code Sections** | **Period End** 12/31/2014 | **Period End** 12/31/2015 | **Period End** |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 8,428.80 | 6,308.80 | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 8,428.80 | 6,308.80 | |

Underpayment attributable to negligence: *(1981-1987)*
*A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.*

Underpayment attributable to fraud: *(1981-1987)*
*A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.*

Underpayment attributable to Tax Motivated Transactions (TMT).
The interest will accrue and be computed at the 120 percent rate in accordance with IRC 6621(c).

| 19. Summary of Taxes, Penalties and Interest: | | | |
|---|---|---|---|
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | | | |
| b. Penalties *(Line 18)* - computed to 06/06/2017 | 8,428.80 | 6,308.80 | |
| c. Interest *(IRC § 6601)* - computed to 07/06/2017 | | | |
| d. TMT Interest - computed to 07/06/2017 *(on TMT underpayment)* | 0.00 | 0.00 | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 54,750.51 | 39,750.04 | |

Other Information:

→ *to be paid $*
*to IRS.*

| Examiner's Signature: Name S. Gowans | Employee ID: 1001724392 | Office: Plantation, FL | Date: 06/06/2017 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 3-2013) |
|---|---|---|

| Check Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 1571 | $2431.00 | 05/06/2015 | Checking | *********** |

**Front View**

How to save this image



Click Image to Enlarge

**Back View**

How to save this image

Click Image to Enlarge

# BB&T Check Images

| Check Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 1547 | $2010.00 | 03/10/2015 | Checking | 149679766 |

Front View

How to save this image



Back View

Click image to enlarge

# BB&T Check Images

Close

| Check Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 1481 | $2040.00 | 01/12/2015 | Checking | 149679766 |

Front View

How to save this image



Click Image to Enlarge

Back View

How to save this image

# BB&T Check Images

Close

| Check Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 1496 | $700.00 | 01/20/2015 | Checking | 149679766 |

**Front View**

How to save this image



**Click Image to Enlarge**

**Back View**

How to save this image



**Click Image to Enlarge**

# BB&T Check Images

Close

| Check Number | Amount | Date Posted | Account Type | Account Number |
|---|---|---|---|---|
| 445 | | | Checking | 149679766 |

## Front View

How to save this image



Order of _Griselda Ramos_    $ 1,868.00

VAC-08-14

**Click Image to Enlarge**

## Back View

How to save this image



**Click Image to Enlarge**









**1064**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 927.22 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

BALANCE FORWARD
THIS ITEM
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

hundred thirty nine

[redacted]

For added security, your name and account number do not appear on this copy.

---

**1050**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | [illegible] |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

...rity, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

BALANCE FORWARD
THIS ITEM
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Esvalda James
six hundred
contract

[redacted]

For added security, your name and account number do not appear on this copy.

---

**1425**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 680.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

BALANCE FORWARD
THIS ITEM
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Esvalda James
six hundred eighty
contract

[redacted]

For added security, your name and account number do not appear on this copy.

ck your expenses...
:hing ☐ Food ☐ Transportation
dit Card ☐ Utilities ☐ Mortgage
ertainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1459

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

: and account number do not appear on this copy.

NOT NEGOTIABLE

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1481

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

Track your expenses...
Clothing ☐ Food ☐ Transportation
Credit Card ☐ Utilities ☐ Mortgage
Entertainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1460

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

ame and account number do not appear on this copy.

NOT NEGOTIABLE

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1107

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

ck your expenses...
ning ☐ Food ☐ Transportation
lit Card ☐ Utilities ☐ Mortgage
rtainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1391

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ____

☐ TAX-DEDUCTIBLE ITEM

1097

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

01-15-15

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 700.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

1523

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 100.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

1513

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

...nd account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

02-02-15

Griselda Ramos

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

---

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

---

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ______

☐ TAX-DEDUCTIBLE ITEM

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

**1275**

☐ TAX-DEDUCTIBLE ITEM

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM          **1086**

NOV-21-14

| BALANCE FORWARD | |
| THIS ITEM | 500.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Five Hundred

**NOT NEGOTIABLE**

For added security, your name and account number do not appear on this copy.

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM          **1440**

| BALANCE FORWARD | |
| THIS ITEM | 700.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For added security, your name and account number do not appear on this copy.

---

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM          **1451**

| BALANCE FORWARD | |
| THIS ITEM | |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For added security, your name and account number do not appear on this copy.

2015

| Date | Check # | Amount |
|---|---|---|
| 05-14-14 | 1029 | $ 540.00 |
| 06-25-14 | 1047 | $ 205.00 |
| 07-07-14 | 1050 | $ 615.00 |
| 07-18-14 | 1057 | $ 221.00 |
| 07-28-14 | 1076 | $ 287.28 |
| 08-01-14 | 1066 | $ 480.00 |
| 08-15-14 | 1198 | $ 600.00 |
| 08-19-14 | 1103 | $ 200.00 |
| 09-05-14 | 1107 | $ 600.00 |
| 10-04-2014 | 1425 | $ 1,642.00 |
| 11-21-2014 | 1086 | $ 500.00 |
| 12-03-2014 | 1440 | $ 700.00 |
| 12-08-2014 | 1451 | $ 1,868.00 |
| 12-16-2014 | 1459 | $ 180.00 |
| 12-16-2014 | 1460 | $ 140.00 |
| 12-03-2014 | 1440 | $ 700.00 |
| 12-08-2014 | 1051 | $ 2,040.00 |

| Check # | Date | Amount |
|---|---|---|
| 1481 | | |
| 1496 | 01-15 | $ 700.00 |
| 1812 | 02-03-15 | $ 1,695.00 |
| 1523 | 02-17-15 | $ 100.00 |
| 1547 | 03-08-15 | $ 2,010.00 |

Mario Molina
1617 NW 58th Ave
Margate Fl 33063

Mr. William Matthewman
United States District Court
Southern District of Florida
Office Clerk
400 North Miami Avenue
Miami, Fl 33128-7716

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL ★

FROM:

Mario Molina
PO Box 396
Hollandale Fl 33008

TO: Mr William M.
United States District
Court.   Miami Avenue
400 North Miami, Fl
33128 - 7716

400 No.

USMS INSPECTED

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

$0.70

Origin: 33009
Destination: 33128
0 Lb 5.70 Oz
Jan 23, 18
1372O0006-20

1005

PRIORITY MAIL 1-Day®   C075

Expected Delivery Day: 01/24/2018

USPS TRACKING NUMBER

9505 5144 0083 8023 1813 42

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014