UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-61059-CIV-MARRA/MATTHEWMAN

GRICELDA JANETH RAMOS CARDOZA,
and all others similarly situated under
29 U.S.C. § 216(b)

    Plaintiff,

v.

MARIO'S CLEANING SERVICES, CORP., and
MARIO G. MOLINA

    Defendants.
_____/

## **JUDGMENT**

Based upon this Court's Order granting in part and denying in part Plaintiff's Motion for Attorneys' Fees and Costs, judgment is hereby entered in favor of Plaintiff and against Defendant Mario's Cleaning Services, Corp for attorney's fees in the amount of $10,084.50 and costs in the amount of $520.00, for a total of $10,604.50. This Judgment shall bear interest at the rate of 2.31% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of May, 2018.

_____
KENNETH A. MARRA
United States District Judge